IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00080-WYD

FRANCOIS DOMINIQUE MICHEL SALINIER,

    Petitioner,

v.

AMANDA JOY MOORE, a/k/a AMANDA JOY MINARIK, a/k/a AMANDA JOY SALINIER,

    Respondent.

And Concerning the Minor Child, S.G.S.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Petitioner's Emergency Motion for Telephone Testimony, filed January 28, 2010 [#8] is **GRANTED**.

    Dated:  January 28, 2010