IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00080-WYD

FRANCOIS DOMINIQUE MICHEL SALINIER,

      Petitioner,

v.

AMANDA JOY MOORE, a/k/a AMANDA JOY MINARIK, a/k/a AMANDA JOY
SALINIER,

      Respondent.

And Concerning the Minor Child, S.G.S.

---

**ORDER REGARDING PETITIONER'S COMMUNICATION AND PROTOCOL WITH
REGARD TO THE MINOR CHILD, AND OTHER ISSUES**

---

      COMES NOW, Courtney Leathers of Litvak, Litvak, Mehrtens & Epstein, P.C.,

and Joseph Antolinez of Antolinez Miller, LLC, attorneys duly licensed to practice law in

the State of Colorado, and admitted and qualified to practice before the United States

District Court, hereby request that this Court enter the following Order regarding the

Petitioner's Communication and Protocol With Regard to the Minor Child and Other

Issued.  After reviewing the proposed terms and conditions of the request, I hereby

enter the following Order:

1.      Pursuant to the Court's Order of January 22, 2010, the French passport of the

minor child has been lodged with the court.  Petitioner shall provide the minor child's

expired U.S. passport, and any other travel documentation for the child that he may

have with him, to his counsel upon his arrival in Colorado.  Petitioner's counsel shall

photocopy and lodge these passports with the court.  A copy of said passport shall be provided to Counsel for Respondent.

2.      Counsel for Petitioner shall request and retain the Passports of Petitioner, Petitioner's Wife, and the child's grandparents.  Once obtained Counsel for Petitioner shall return said passports to said parties after the hearing.  The parties are aware that the Court has ordered neither party to flee with the child.

3.      Pursuant to this stipulation the Court orders that each party shall have unsupervised telephone contact with the minor child.  The party who has the child shall initiate a call to the other party each weekday morning at approximately 8:00 am. (Denver Time). Neither party shall eavesdrop on the phone calls and must stay away from the phone when minor child and the other party are speaking.  When Petitioner arrives in Colorado the time shall be at 8:00 p.m. Colorado time.

4.      Pursuant to the parties agreement the Court orders that Petitioner shall see the minor child once he is in Colorado as follows.  Respondent will drop the child off at the expert's office at 8:00am on February 18, 2010.  Petitioner will return the child to the expert on February 19, 2010 at 10:00 a.m. and attend the session with the child to the extent the expert deems necessary.  Petitioner shall then continue his time with the child beginning after the appointment through Saturday February 21, 2010 when he shall return the child to Respondent at 8:00 p.m. to the McDonald's located at 434 Garden of the Gods Road, Colorado Springs, Colorado, 80903.

Dated:  February 19, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge