IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00080-WYD

FRANCOIS DOMINIQUE MICHEL SALINIER,

    Petitioner,

v.

AMANDA JOY MOORE, a/k/a AMANDA JOY MINARIK, a/k/a AMANDA JOY SALINIER,

    Respondent.

And Concerning the Minor Child, S.G.S.

---

## ORDER RELEASING MINOR CHILD'S PASSPORT

---

THIS MATTER comes before the Court on the Joint Emergency Motion for Immediate Release of Minor Child's Passport (docket #51), filed March 3, 2010.

By way of background, pursuant to the Court's Order of January 22, 2010, the minor child's passport was lodged with the Clerk of the Court on February 2, 2010.  On March 1, 2010, I entered an order for the return of the minor child to France.  The pending motion states that the parties have agreed that the minor child will fly back to France with Petitioner on March 4, 2010, at 10:20 AM (MST).  The parties request that the Court immediately release the passport of the minor child, S.G.S., to Petitioner's counsel so that the minor child may fly to France with the Petitioner as scheduled.  After carefully reviewing the motion, I find that it should be granted.  Accordingly, it is

ORDERED that the Joint Emergency Motion for Immediate Release of Minor

Child's Passport (docket #51) is **GRANTED.** Accordingly, the Clerk of the Court is directed to immediately release the passport of the minor child, S.G.S., to Petitioner's counsel, Courtney Leathers or her paralegal, Cathy Butler.

Dated: March 3, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge